**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| In Re: | Case No.: 1−18−12323−PRW |
|---|---|
| Rolland Williams III<br>Annetha Williams<br>Debtor(s) | Chapter: 13<br><br>SSN: xxx−xx−3464<br>SSN: xxx−xx−2251 |

## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, the Trustee deposits the following unclaimed dividends with the Court:

| Claimant | Amount |
|---|---:|
| Rolland Williams and Annetha Williams<br>6895 Kimberly Drive Lockport, NY 14094 | 4867.15 |
|  | **Total:** 4867.15 |

Dated: December 16, 2024    /s/ Julie Philippi
                                       Trustee